157 A.3d 487

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lewis ALLEN, Petitioner**

**No. 224 EAL 2016**

Supreme Court of Pennsylvania.

September 15, 2016

550

## ORDER

PER CURIAM

**AND NOW,** this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**